AO 91 (Rev. 5/95) Criminal Complaint

# UNITED STATES DISTRICT COURT

_____SOUTHERN DISTRICT OF TEXAS_____
BROWNSVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| V | **CRIMINAL COMPLAINT** |
| **MENDEZ SALAZAR, JOSE REYES**<br>A201 535 905 | CASE NUMBER: 1:19-**PO 007** |

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __01/28/2019__ in __Cameron__ County, in the __SOUTHERN__ District of __TEXAS__ defendant, an alien did,

knowingly, willfully and in violation of law attempted to gain illegal entry into the United States by concealment of a material fact, and in furtherance of such violation presented a United States Passport Card and declared to be a citizen of the United States,

in violation of Title __8__ United States Code, Section(s) __1325 (a)(3)__ .

I further state that I am a (n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

   The defendant attempted to gain illegal entry into the United States through the Gateway International Bridge in Brownsville, Texas. The defendant presented a United States Passport Card bearing the name of Jose Carlos Leija and further claimed to be said person to a U.S. Customs and Border Protection Officer. In Customs and Border Protection secondary it was determined that the defendant is not the rightful owner of the document presented.  Furthermore it was determined that the defendant is a citizen and national of Mexico with no legal status to enter or be in the United States.
Defendant had $0.00 funds.
**Continued on the attached sheet and made a part hereof:     ___ Yes    X No**

/s/
_____
**Rebecca Longoria CBPEO**
Signature of Complainant

**Sworn to before me and subscribed in my presence,**

__January 29, 2019__                              at        __BROWNSVILLE, TEXAS__
Date                                                                                  City and State

**IGNACIO TORTEYA III U.S. MAGISTRATE JUDGE**    _____
Name & Title of Judicial Officer                    Signature of Judicial Officer